IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:25-CV-00411-KDB-SCR

| | |
|---|---|
| XPO, INC., <br><br> Plaintiff, <br><br> v. <br><br> JAMIE SIGLER, <br><br> Defendant. | **MEMORANDUM AND ORDER** |

**THIS MATTER** is before the Court on Plaintiff XPO's Motion for Preliminary Injunction (Doc. No. 17). XPO employed Defendant Sigler to work as a Local Account Executive. Doc. No. 10 at ¶ 22. Prior to her departing to work for a competitor, Ms. Sigler transmitted confidential company spreadsheets from her work account to her personal email address. *Id.* at ¶¶ 36–37. Before removal to this Court, the state court issued a Temporary Restraining Order ("TRO") requiring Ms. Sigler to comply with the confidentiality provisions of her Employment Agreement. *See* Doc. No. 1-6.

XPO now seeks to extend the TRO through the present Motion, asserting that such relief is necessary and seeking to "preserve the status quo." Doc. No. 18 at 2. Specifically, XPO seeks to enforce the confidentiality obligations under Ms. Sigler's Employment Agreement, identifying a dispute involving a laptop belonging to Ms. Sigler's current employer, which she acknowledges using to access her personal email and XPO documents. *See* Doc. No. 22.

Ms. Sigler has consented to (or in any event does not contest) injunctive relief with respect to the confidentiality provisions of her Employment Agreement. *See* Doc. Nos. 20, 22. Furthermore, the Parties have represented to the Court that the issue concerning the competitor's

1

laptop has been resolved. Accordingly, the Court will **DENY** as moot the Motion for Preliminary Injunction to the extent it seeks relief related to the competitor's laptop and will **GRANT** the Motion as to enforcement of the confidentiality provisions of Ms. Sigler's Employment Agreement.

## ORDER

NOW THEREFORE IT IS ORDERED THAT:

1. Plaintiff's Motion for Preliminary (Doc. No. 17) is **GRANTED** in part and **DENIED** in part as described above; and

2. Defendant is enjoined and restrained from accessing, disclosing, destroying, removing, transferring, copying, sharing or altering any documents or tangible things that constitute Confidential Information or that belong to XPO, including without limitation computer files, spreadsheets, emails and other electronic data.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: September 19, 2025

Kenneth D. Bell
United States District Judge